ORIGINAL



FILED

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0175

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0175

FILED

APR 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DANIELLE MARTHIA FAUQUE,

Petitioner,

v.

ORDER

SHANE HILDENSTAB,

Respondent.

Danielle Marthia Fauque has filed a Petition for Writ of Habeas Corpus, challenging the Lewis and Clark County District Court's revocation of her 2019 sentence for possession of marijuana with intent to distribute. She states that she originally received a suspended, five-year commitment to the Department of Corrections (DOC). She further states that she was "re-suspended in August of 2020." At that time, she adds that she entered into Drug Court. Fauque explains that while attending Drug Court, she failed a urine analysis test; she contends that she had car problems, causing her to miss another test. Fauque dropped out of Drug Court "out of frustration" and was later arrested for absconding. Fauque states that she now has been sentenced to the DOC for five years with the recommendations of treatment and pre-release. She asks for her original charge "to be lessened or expunged" under "H.R. 3884, MORE Act of 2020."

We secured copies of the District Court's register of actions and final judgment. In February 2019, the State charged Fauque with criminal possession with intent to distribute marijuana, pursuant to § 45-9-103(1), MCA (2017). After arraignment, the District Court released Fauque upon conditions. About two weeks later, the court issued an arrest warrant that it later quashed. Fauque entered a guilty plea, and the court sentenced her on June 25, 2019. The State filed its first petition to revoke the next year. On August 27, 2020, the District Court held a hearing and revoked Fauque's suspended sentence. The State filed a second petition to revoke about four months later. A warrant

was served in early March 2021, and a request for expungement of the original charge was filed on March 30 with the court. On April 8, 2021, the District Court revoked Fauque's suspended sentence based upon her admissions to two probationary violations. The court entered an amended judgment, committing Fauque to the DOC for five years and awarding credit for time served each year.

Habeas corpus affords an applicant an opportunity to challenge collaterally the legality of her present incarceration. *Lott v. State*, 2006 MT 279, ¶ 9, 334 Mont. 270, 150 P.3d 337; 46-22-101(1), MCA. Fauque has not demonstrated a facially invalid sentence on the face of her petition. She is not entitled to have her original charge lessened or expunged under H.R. 3884, a federal resolution to decriminalize marijuana that passed the U.S. House and has been received in the U.S. Senate. The Congress has not passed this proposed legislation, and it has not become law. Fauque retains her right of appeal from the District Court's judgment of revocation, but she is barred from challenging that revocation through habeas corpus. *See* § 46-20-101, -104, MCA; M. R. App. P. 4(5)(b)(i); § 46-22-101(2), MCA.

IT IS THEREFORE ORDERED that Fauque's Petition for a Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Danielle Marthia Fauque at the address on her Petition as well as c/o Gallatin County Jail, 605 South 16th Avenue, Bozeman, MT 59715.

DATED this 27th day of April, 2021.

_____
Chief Justice

_____

_____

2

_____

_____
Justices